

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00534-CV

———————————————

MARIAH PACHECO AND SHELLY YOUNG, Appellants

V.

EMILIO GARCIA AND PATRICIA MENDOZA, Appellees

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2024-007623-1

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

**MEMORANDUM OPINION**

Following the trial court's default judgment against them in a forcible-detainer suit, Appellants Mariah Pacheco and Shelly Young filed their notice of appeal with this court.

We notified Appellants that their notice of appeal is defective.[1] Appellants responded but did not file an amended notice of appeal.[2] We sent Appellants a second notice, directing them to file an amended notice of appeal in the trial court containing the requested information, and file, with this court, a copy of the amended notice of appeal. *See* Tex. R. App. P. 25.1(g), 37.1.

Appellants did not file an amended notice of appeal, and we sent Appellants a third notice, which again directed them to file an amended notice of appeal. However, Appellants did not respond or file an amended notice of appeal.

We sent Appellants a fourth notice and warned that if they did not file an amended notice of appeal in the trial court and a copy of the amended notice of

---

[1]The notice of appeal in civil cases must provide the information specified in Texas Rule of Appellate Procedure 25.1(d). Appellants' notice of appeal did not contain (1) the identity of the trial court, (2) the date of judgment or order appealed from, (3) the name of the court to which the appeal was taken, and (4) the name of each party filing the notice. *See* Tex. R. App. P. 25.1(d), (e).

[2]In civil cases, a party seeking to amend the notice of appeal to correct a defect may file the amended notice at any time before the appellant's brief is filed. *See* Tex. R. App. P. 25.1(g).

appeal in this court within ten days, their appeal would be dismissed.[3]  *See* Tex. R. App. P. 42.3(c), 43.2(f), 44.3.

It has been more than ten days, and Appellants have not provided a copy of the amended notice of appeal to this court or otherwise responded to our letter. Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 25.1(b), (g), 42.3(c); *see, e.g.*, *Lodispoto v. Ruvolo*, No. 02-15-00335-CV, 2016 WL 1267652 at *1 (Tex. App.—Fort Worth Mar. 31, 2016, no pet.) (mem. op.); *Mitchell v. MP Clover Hill, LLC*, No. 02-15-00127-CV, 2015 WL 3523178 at *1 (Tex. App.—Fort Worth June 4, 2015, no pet.) (mem. op.).

/s/ Brian Walker

Brian Walker
Justice

Delivered:  April 24, 2025

---

[3]Appellants also have not requested the reporter's record, which is likewise past due.  *See* Tex. R. App. P. 34.6(b)(1), 35.3(b)(2), 37.3(c).